Michael L. Mallow (SBN 188745)
mmallow@shb.com
Megan Moran (SBN 356357)
mmoran@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 424.285.8330
Facsimile: 424.204.9093

Attorneys for Defendant
Mazda Motor of America, Inc.

Elizabeth A. Fegan (SBN 355906)
beth@feganscott.com
FEGAN SCOTT LLC
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: 312.741.1019
Facsimile: 312.264.0100

Jonathan D. Lindenfeld (*pro hac vice*)
jonathan@feganscott.com
FEGAN SCOTT LLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 332.216.2101
Facsimile: 312.264.0100

Attorneys for Plaintiff
Daniel Green

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GREEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAZDA MOTOR OF AMERICA, INC. and MAZDA MOTOR CORPORATION<br><br>　　　　　Defendant. | Case No. 8:25-cv-01109-MEMF-SK<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Daniel Green and Defendant Mazda Motor of America, Inc. (collectively, the "Parties"), jointly write to advise this Court that they have settled this matter in principle, subject to the preparation and execution of a formal settlement agreement.

Once all the terms of the settlement are finalized, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Based on the foregoing, the Parties respectfully request that the Court stay Mazda's deadline to respond to the Complaint while the settlement is finalized.

Dated: January 12, 2026    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/Michael L. Mallow
   Michael L. Mallow

   Attorneys for Defendant
   Mazda Motor of America, Inc.

Dated: January 12, 2026    **FEGAN SCOTT LLC**

By: /s/Jonathan D. Lindenfeld
   Jonathan D. Lindenfeld

   Attorneys for Plaintiff
   Daniel Green

## ATTESTATION

I, Michael L. Mallow, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/Michael L. Mallow
Michael L. Mallow