JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No:  8:25-cv-01109-MEMF-SKx                Date:  January 13, 2026

Title:  Daniel Green v. Mazda Motor of America, Inc. et al.

PRESENT:  The Honorable Maame Ewusi-Mensah Frimpong, Judge

| Damon Berry | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

## PROCEEDINGS (IN CHAMBERS)

On January 12, 2026, the parties filed a Notice of Settlement [ECF Nos. 29, 31]. The Court, having considered the Notice of Settlements and finding good cause, therefore, hereby ORDERS that the action is STAYED and administratively closed until sixty (60) days from the date of this Order. The parties are ORDERED to file, within sixty (60) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of sixty-one (61) days from the date of this Order.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pretrial and trial dates are hereby VACATED.

MINUTES FORM 11                                                           Initials of Clerk: DBE
CIVIL-GEN